# UNITED STATES BANKRUPTCY COURT
District of New Jersey (Trenton)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/30/01.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
**Amable Ramirez**
18 Howard Street
2nd Floor
New Brunswick, NJ 08901

| Social Security Number(s)/Taxpayer ID(s):<br>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 (Amable Ramirez) | United States Bankruptcy Judge:<br>Honorable Raymond T. Lyons, Jr. |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Anna C. Little<br>300 Kimball Street<br>Suite 106<br>Woodbridge, NJ 07095<br>Telephone number: (732) 636-4901 | Trustee:<br>John M. McDonnell<br>121 Washington Street<br>P.O. Box 476<br>Toms River, NJ 08754-0476<br>Telephone number: (732) 341-7551 |

### Meeting of Creditors:

Date: **08/22/01**     Time: **2:00 pm**

Location: **Room 129, 1st Floor, United States Courthouse, 402 E. State Street, Trenton, NJ 08608-1507**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
10/22/01

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>District of New Jersey<br>402 E. State Street<br>Trenton, NJ 08608-1507 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 a.m. - 4:00 p.m., Monday - Friday (except holidays) | Date:<br>07/30/01 |

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: bown | Page 1 of 1 | Date Rcvd: Jul 30, 2001 |
| Case: 01-58890 | Form ID: B9A | Total Served: 6 | |

The following entities were served by first class mail on Aug 01, 2001.
```
db          Amable Ramirez,    18 Howard Street,    2nd Floor,    New Brunswick, NJ   08901
aty         Anna C. Little,    300 Kimball Street,   Suite 106,    Woodbridge, NJ   07095
tr          John M. McDonnell,   121 Washington Street,    P.O. Box 476,    Toms River, NJ   08754-0476
ust         U.S. Trustee,   Suite 1400,    One Newark Center,    Newark, NJ   07102
ust         +U.S. Trustee,    Office of the US Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ   07102-5211
9039841     Capital Bonding Corp,    Collection Dept,    525 Penn St,    Reading, PA 19601
```

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Aug 01, 2001          Signature: _Joseph Speetjens_