ANNA C. LITTLE, ESQ.
300 KIMBALL STREET, SUITE 106
WOODBRIDGE, NJ   07095
(732) 636-4901
ATTORNEY FOR PLAINTIFF

| In re: | :UNITED STATES BANKRUPTCY COURT |
|---|---|
| | :FOR THE DISTRICT OF NEW JERSEY |
| | : |
| | :Chapter 7 Proceeding |
| Amable Ramirez | :Case No. *01- 58890 RTL* |
| | : |
| | :STIPULATION EXTENDING DEADLINE |
| Debtor | :TO FILE COMPLAINT OBJECTION TO |
| | :DISCHARGE OR TO DETERMINE |
| | :DISCHARGABILITY OF DEBTS, AND TO |
| | :EXTEND THE TIME FOR FILING MOTION |
| | :TO DISMISS PURSUANT TO 11 U.S.C. |
| | :SECTION 707(b) |

The first meeting of creditors, having been scheduled, and the debtors, by and through its attorneys, having requested that the matter be adjourned for meeting of creditors date August 22, 2001, and the trustee having agreed to adjourn the matter, debtors, by and through counsel, do hereby agree that the deadline for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 532, or for filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Section 707(b) be and hereby is extended for a period of (60) sixty days following the first meeting of creditors.

Dated: _____

Date *8- 21-01*

_____
Anna C. Little, Esq.

_____
John M. McDonnell, Trustee

**JOHN MICHAEL McDONNELL, P.C.**
*ATTORNEY AT LAW*
**121 Washington Street**
**Post Office Box 476**
**Toms River, New Jersey 08754-0476**
**Telephone (732) 341-7551**
**Fax (732) 505-3109**

U.S. BANKRUPTCY COURT
RECEIVED
TRENTON, NJ

AUG 22 PM 12: 45

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

August 22, 2001


Clerk, US Bankruptcy Court
402 E. State Street
Trenton, NJ 08608-1586

> **Re:    Amable Ramirez**
> **01-58890 RTL**
> **Stipulation to Extend Time**

Dear Clerk:

Enclosed please find the Stipulation to Extend Time with reference to the above captioned matter.  Same needs the review and approval of Judge Lyons.  Same is being forwarded for your further processing.

Kindly file and place an extra copy marked "filed" in my Trustee tray at the Court.

Very truly yours,

John Michael McDonnell
JMM:mdm
Enclosures

c: US Trustee's Office w/enclosures
Anna C. Little, Attorney for Debtor