UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**DEBTOR(s)   RAMIREZ, AMABLE**

**CASE NO.   01-58890   RTL**

## MINUTES OF 341(a) MEETING CHAPTER 7

Interim Trustee:    **John M. McDonnell**

Meeting Held and Scheduled:   **09/26/01 (2ⁿᵈ Date)**    Adjourned to: _____

Reason for Adjournment:   __Debtor and Counsel failed to appear/Motion to Dismiss to be filed.__

Appearances:

Attorney for Debtor:   **ANNA C. LITTLE**

Others: _____

_____

Was Trustee elected?        YES (  )        NO (  )

If YES Name, Address and Telephone number of Elected Trustee: _____

_____

If contested election, state brief summary of facts: _____

_____

Is it anticipated that property may be abandoned?        YES (  )   NO (  )

Does it appear that assets exceed liens and exemptions?        YES (  )   NO (  )

Has interim Trustee requested amendment of schedules?        YES (  )   NO (  )

If YES, what part(s) of petition? _____

_____

Remarks: Describe any action taken or contemplated by Interim Trustee, such as preference claims, fraudulent transfer claims, etc.

**Motion to Dismiss to be filed.**