**JOHN MICHAEL McDONNELL, ESQ.**
121 Washington Street
Post Office Box 476
Toms River, New Jersey 08754-0476
(732) 341-7551 Telephone
(732) 505-3109 Fax
Interim Trustee

Movant Shall Certify Notice To All Interested Parties Of The New Hearing Date Fixed By The Court.

| In re: | ) | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | ) | FOR THE DISTRICT OF NEW JERSEY |
|  | ) |  |
|  | ) | Chapter 7 Proceeding |
|  | ) | Case No. 01-58890 RTL |
| **RAMIREZ, AMABLE** | ) |  |
|  | ) | NOTICE OF MOTION TO DISMISS |
|  | ) | DEBTOR'S CASE AND REVOKE |
|  | ) | DISCHARGE, IF ANY |
|  | ) |  |
| Debtor(s) | ) |  |
|  | ) | Hearing Date: October 29, 2001 |
|  | ) | ORAL ARGUMENT WAIVED |

To:    All parties on mailing list annexed hereto.

**PLEASE TAKE NOTICE** that on October 29th, 2001 at **10:00 a.m.** of as soon thereafter as the matter may be heard, John Michael McDonnell, Interim Trustee, shall move before Honorable Raymond T. Lyons, Jr. of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, for entry of an Order dismissing debtor's petition by reason of debtor's failure to appear for an examination under Section 341(a) of the Bankruptcy Code, as required under Section 343 of the Bankruptcy Code; and

**PLEASE TAKE FURTHER NOTICE** that if you contest this Motion you must appear in Court on the date and time noted and you are further required to file with the Court and serve on the undersigned a written response no later than seven days prior to the hearing date set forth herein. This Motion shall be deemed uncontested unless responsive papers are timely filed; and

**PLEASE TAKE FURTHER NOTICE** that the movant shall rely upon the attached certification. No brief is submitted since no unique question of law exists; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned waives oral argument; and



**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

**Dated: October 1, 2001**

_____
John Michael McDonnell

## CERTIFICATION OF MAILING

I hereby certify that all persons on the mailing list annexed hereto were served with a copy of the Notice of Motion, Certification in Support of Motion, and proposed form of Order by mailing same to them at their address by regular mail, postage paid on ~~July 9,~~ Oct 1, 2001.

**Dated: October 1, 2001**

_____
John Michael McDonnell

## Mailing List

**US Trustee's Office**
**One Newark Center**
**Suite 2100**
**Newark, NJ 07102**

**Anna C. Little, Esq.**
**300 Kimball Street**
**Suite 106**
**Woodbridge, NJ 07095**
**(Attorney for Debtor)**

**Amable Ramirez**
**18 Howard Street 2nd Floor**
**New Brunswick, NJ 08901**
**(Debtor)**

**JOHN MICHAEL McDONNELL, ESQ.**
121 Washington Street
Post Office Box 476
Toms River, New Jersey 08754-0476
(732) 341-7551 Telephone
(732) 505-3109 Fax

**October 1, 2001**

United States Bankruptcy Court Clerk
United States Courthouse
402 East State Street
Trenton, NJ 08608

                                RE:   FILING OF MOTION TO DISMISS
                                          DEBTOR - RAMIREZ, AMABLE
                                          CHAPTER 7
                                          CASE NO. 01-58890 RTL
                                          HEARING DATE - October 30, 2001

Dear Sir/Madam:

With regard to the above captioned matter, enclosed please find an original and two copies of the following documents:

    * Notice of Motion to Dismiss;
    * Certification in Support of Motion to Dismiss; and
    * Proposed form of Order.

Kindly "file" same and return a "filed" copy in the return envelope provided. A copy of the documents have been mailed to the parties listed on the attached mailing list.

Very truly yours,

John Michael McDonnell, Esquire
JMM:mdm
enclosures

c:    U.S. Trustee's Office
      Anna C. Little, Esq. (Attorney for debtor)
      Amable Ramirez (Debtor)