ANNA C. LITTLE, ESQ.
300 KIMBALL STREET, SUITE 106
WOODBRIDGE, NJ  07095
(732) 636-4901
<u>ATTORNEY FOR PLAINTIFF</u>

| | |
|---|---|
| In re: | :UNITED STATES BANKRUPTCY COURT<br>:FOR THE DISTRICT OF NEW JERSEY<br>:<br>:Chapter 7 Proceeding |
| Amable Ramirez | :Case No.  01/58890<br>: |
| Debtor | :CERTIFICATION IN OPPOSITION TO<br>:MOTION TO DISMISS<br>:<br>: |

I, Anna C. Little, Esq., hereby certify as follows:

1. I am the attorney for the debtor in the above matter.

2. I received notice of the Meeting of Creditors scheduled ffor August 22, 2001.

3. I telephoned the office of the Trustee to advise that I was unable to appear as scheduled.

4. Per the instructions of the Trustee a Stipulation Extending the Deadline for filing a Complaint in Objection to the Discharge was prepared and sent to all listed creditors.

5. No further notice was received by my office in this matter.

6. Because I was not notified of the September 26, 2001 Meeting of Creditors I could not advise my client of same.

7. My client advises me that he has not received any notice of the new Creditors meeting date at his residence address.

10

8. For the foregoing reasons Debtor respectfully requests that the motion to Dismiss Petition be denied and that a new Creditors Meeting date be set immediately.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statemtents made by me are willfully false, I am subject to punishment.

Dated: October 4, 2001

_____
Anna C. Little, Esq.

# Anna C. Little, Esq.
### Attorney at Law

c/o John A. Tunney, Esq.
300 Kimball Street, suite 106
Woodbridge, NJ 07095
(732) 636-4900 telephone
(732) 636-3755 facsimile

October 5, 2001

Honorable Raymond T. Lyons Jr.
US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

       Re: RAMIREZ, Amable
          Ch 7
          Case No. 01-58890 RTL
          Motion Hearing
          October 30 2001

Dear Judge Leons:

Enclosed please find original and one (1) copy of Certification in Opposition to Motion to Dismiss Debtors' Petition in the above matter.

It is petitioners' intention to appear in court on the hearing date if such appearance is required.

Thank you for your attention.

              Respectfully Yours,

              *Anna C. Little, Esq.*

              Anna C. Little, Esq.

VIA REGULAR MAIL
cc: US Trustee's Office
Law Office of John Michael McDonnell, Esq. (Interior Trustee)
Amable Ramirez