**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:
RAMIREZ, AMABLE

CASE NO. 01-58890 RTL

_____ Debtor(s)

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, **JOHN M. McDONNELL**, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

Date:  10/23/01

John M. McDonnell, TRUSTEE
121 Washington Street
Post Office Box 476
Toms River, New Jersey  08754-0476
(732) 341-7551 Telephone
(732) 505-3109 Fax

