**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**DEBTOR(s)  RAMIREZ, AMABLE**

**CASE NO.   01-58890 RTL**

# MINUTES OF 341(a) MEETING CHAPTER 7

Interim Trustee:     **John M. McDonnell**

Meeting Held and Scheduled:          **10/23/01**          Adjourned to: _____

Reason for Adjournment: _____

Appearances:

Attorney for Debtor:  **ANNA C. LITTLE**

Others: _____

_____

Was Trustee elected?         YES ( )          NO (X)

If YES Name, Address and Telephone number of Elected Trustee: _____

_____

If contested election, state brief summary of facts: _____

_____

Is it anticipated that property may be abandoned?            YES (X)    NO ( )

Does it appear that assets exceed liens and exemptions?    YES ( )    NO (X)

Has interim Trustee requested amendment of schedules?     YES ( )    NO (X)

If YES, what part(s) of petition? _____

_____

Remarks:  Describe any action taken or contemplated by Interim Trustee, such as preference claims, fraudulent transfer claims, etc.

