United States Bankruptcy Court
Courtroom 4
402 East State Street
Trenton, New Jersey 08608-1507

Honorable Raymond T. Lyons

MINUTE

MONDAY     10/29/01     10:00

FILED
JAMES J. WALDRON, CLERK

OCT 2 9 2001

U.S. BANKRUPTCY COURT

Docket #: 01-58890  Debtor:  Ramirez, Amable

Matter: Motion To Dismiss Case and Revoke Discharge, If Any

Filed on:  10/01/01

: Trustee by John Michael McDonell

Other Appearances:

Trustee                                  _____

Attorney for Trustee                     _____

Attorney for Debtor                      _____

Attorney for Creditors Committee         _____

U.S. Trustee                             _____

Attorneys for Creditors                  _____

Attorney for Moving Party                _____

Note:

[___] Granted      [___] Std Order

[___] Denied       [___] Std Order

[✓] Withdrawn     [___] COTBS  [___] Adjourned to _____ at _____

[___] Other        _____

                   _____

MISCELLANEOUS:

         Chapter: 7     Matter Document Nbr:

13